

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Uni-Tec Trade, Inc. v. Schneider Electric Services and ECP Electrical Supply, Inc.

Appellate case number:      01-19-00745-CV

Trial court case number:      2016-80650

Trial court:      234th District Court of Harris County

       Appellant, Uni-Tec Trade, Inc., has filed a motion for rehearing. Construing this motion in part to be a motion for rehearing, the panel has voted to overrule the motion.

       It is so ORDERED.

Judge's signature: ____Justice Richard Hightower_____
                  ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Landau and Hightower

Date: __December 8, 2020_____